No. 553. KUS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Peter Fitzpatrick* and *Gerald M. Chapman* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.

No. 556. MIKELBERG ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *William A. Valentine* and *John H. Connaughton* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *A. F. Prescott* for respondent.

No. 558. MAGNOLIA PETROLEUM CO. ET AL. *v.* FEDERAL POWER COMMISSION. C. A. 5th Cir. Certiorari denied. *Charles B. Wallace* and *John E. McClure* for the Magnolia Petroleum Co., *Cullen R. Liskow* for the Superior Oil Co., *Clayton L. Orn, Robert M. Vaughan, James D. Parriott, W. H. Everett, C. F. Currier* and *Robert E. May* for the Ohio Oil Co., and *Jacques P. Adoue* for West, petitioners. *Solicitor General Rankin, Assistant Attorney General Doub, Melvin Richter, William W. Ross, Willard W. Gatchell* and *Howard E. Wahrenbrock* for respondent.

No. 560. BALANOVSKI ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Donald L. Stumpf* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *Harry Baum* for the United States.

No. 575. ARVIDSON ET AL. *v.* REYNOLDS METALS CO. C. A. 9th Cir. Certiorari denied. *Donald A. Schafer* for petitioners. *Lindsay L. Thompson* and *Gustav B. Margraf* for respondent.